IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACEY L. GILLIARD, REBECCA GILLIARD, and AAA ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TOTRAN TRANSPORTATION SERVICES, INC., JOHN M. SULLIVAN, LIMITLESS LOGISTICS, INC., and JANUSZ CZERNEK, <br><br> Defendants. | **4:19CV3044** <br><br> **ORDER** |

IT IS ORDERED that the motion to withdraw filed by Beata Shapiro on behalf of Catherine T. Barnard, as counsel of record for Defendants Totran Transportation Services, Inc., and John M. Sullivan (Filing No. 54), is granted. Catherine T. Barnard shall no longer receive electronic notice in this case.

Dated this 30th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge